701 A.2d 1359

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Ralphieal Lamon HAWKINS, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 19, 1997.

Ralph D. Karsh, Pittsburgh, for petitioner.

*ORDER*

PER CURIAM.

AND NOW, this 19th day of November, 1997, the Petition for Allowance of Appeal is granted limited to the first question presented: "Whether the Superior Court erred in affirming the lower court's denial of Petitioner's motion to suppress evidence."